IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a
PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Plaintiff,

v.

MESHA L. GERKEN,

    Defendant,                                                                 Case No.: 1:19-cv-00864

and,

MESHA L. GERKEN,

    Counter-Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a
PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Counter-Defendant,

and,

MESHA GERKEN, BRENDAN STARKEY
and HEATHER STARKEY,

    Third-Party Plaintiffs,

v.

DOMENIC CHARLES MILES and
PROGRESSIVE DIRECT INSURANCE COMPANY,
d/b/a PROGRESSIVE NORTHERN INSURANCE
COMPANY,

    Third-Party Defendants.

**ENTRY OF APPEARANCE**

    The law firm of DEGRAAUW LAW FIRM, P.C., (J. Andrew deGraauw and Bryan M. Rowland) hereby enters its appearance on behalf of Third-Party Defendant, DOMENIC CHARLES MILES requests that all notices, papers and other documents required to be served on said Defendants be furnished to the undersigned.

Respectfully submitted,

**DEGRAAUW LAW FIRM, P.C.**

By:    */s/  Bryan M. Rowland*
        J. Andrew deGraauw
        Bryan M. Rowland
        *Attorneys for Defendant Miles*
        316 Osuna Road, NE - Suite 302
        Albuquerque, NM 87107
        (505) 322-2144

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2019, I filed the foregoing pleading electronically through the CM/ECF, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

David Z. Ring
AEQUITAS LAW OF NEW MEXICO
5901 Wyoming Blvd. NE, Ste. J-300
Albuquerque, NM 87109
Phone: (505) 263-8929
dave@aequitas.pro

Richard Padilla
O'BRIEN & PADILLA, P.C.
6000 Indian School Road, NE Ste. 200
Albuquerque, NM  87110
(505) 883-8181
rpadilla@obrienlawoffice.com


James J. Eufinger
Jonathan L. Schoener
FARBER AND BRAND, L.L.C.
PO box 10110
Columbia, MO  65205
nm.fandb1@fnbnotices.com
jje@faberandbrand.com


  */s/ Bryan M.  Rowland*
J. Andrew deGraauw
Bryan M. Rowland