STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a
PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Plaintiff,

vs.                                                    Case No. 1:19-cv-00864

MESHA GERKEN,

    Defendant,

and

MESGA L. GERKEN,

    Counter-Plaintiff,

vs.

PROGRESSIVE DIRECT INSURANCE COMPANY, d/b/a
PROGRESSIVE NORTHERN INSURANCE COMPANY,

    Counter-Defendant,

and

MESHA L. GERKEN, BRENDAN STARKEY, and
HEATHER STARKEY,

    Third-Party Plaintiffs,

vs.

DOMENIC CHARLES MILES, and PROGRESSIVE
DIRECT INSURANCE COMPANY, d/b/a PROGRESSIVE
NORTHERN INSURANCE COMPANY,

    Third-Party Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that FABER AND BRAND, LLC withdraws as counsel of record from the above titled cause and should not receive any further pleadings or notifications from any party or the Court in this matter. O'BRIEN & PADILLA, P.C. (Richard M. Padilla and Jeffrey M. Mitchell) remain as counsel of record for Progressive Direct Insurance Company.

    Respectfully submitted,

    O'BRIEN & PADILLA, P.C.

By:   /s/ Richard M. Padilla
    RICHARD M. PADILLA
    JEFFREY M. MITCHELL
    6000 Indian School Rd. NE, Suite 200
    Albuquerque, NM 87110
    rpadilla@obrienlawoffice.com
    jmitchell@obrienlawoffice.com
    *Attorneys for Progressive Direct Insurance Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of October, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following individuals to be served:

David Z. Ring
AEQUITAS LAW OF NEW MEXICO
5901 Wyoming Blvd. NE, Suite J-300
Albuquerque, NM 87109
Phone: (505)263-8929
dave@aequitas.pro
*Attorneys for Gerken*

J. Andrew deGraauw
Bryan M. Rowland
316 Osuna Road NE, Suite 302
Albuquerque, NM 87107
Phone: (505)322-2144
drew@dglawfirmpc.com
bryan@dglawfirmpc.com
*Attorneys for Defendant Miles*

 */s/ Richard M. Padilla*
RICHARD M. PADILLA
JEFFREY M. MITCHELL