IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PROGRESSIVE DIRECT INSURANCE
COMPANY d/b/a PROGRESSIVE
NORTHERN INSURANCE COMPANY,

    Plaintiff,

vs.                                                                     No. CIV 19-864 KG/LF

MESHA L. GERKEN,

    Defendant,

and

MESHA L. GERKEN,

    Counter-Plaintiff,

vs.

PROGRESSIVE DIRECT INSURANCE
COMPANY d/b/a PROGRESSIVE
NORTHERN INSURANCE COMPANY,

    Counter-Defendant,

and

MESHA GERKEN, BRENDAN STARKEY, and
HEATHER STARKEY,

    Third-Party Plaintiffs,

vs.

DOMENIC CHARLES MILES and
PROGRESSIVE DIRECT INSURANCE
COMPANY d/b/a PROGRESSIVE
NORTHERN INSURANCE COMPANY,

                Third-Party Defendants.

## ORDER OF REMAND

Having granted Third-Party Plaintiffs' Motion to Remand and for Costs, (Doc. 13), by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the Second Judicial District Court for the State of New Mexico, County of Bernalillo.

_____
UNITED STATES DISTRICT JUDGE